# EXHIBIT C

# Defendant's Knock-Off Lure

